Complaint 1/4

Appendix D-4

United States District Court
For the District of Puerto Rico

Ernesto Ruiz Romero              CASE NO:
          v.                     24-CV-1304
1. Pedro "LNU" Lugo marshall of  CVR
   Judicial Center of Ponce, or however,
2. Secretary of Justice

RECEIPT # N/A
AMOUNT: Pro Se Pauperis
JUL 03 2024
CASHIER'S SIGNATURE

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2024 JUL 3 PM 1:18

Complaint for Retaliation

Here comes to the Honorable Court, Ernesto Ruiz Romero, who respectfully states and prays:

1. Plaintiff Address: Lago Horizonte Zafiro 2025
   Coto Laurel P.R. 00780

2. Defendant  Pedro LNU Lugo. Judicial center of Ponce
              Ponce P.R.

   Secretary of Justice: Calle Teniente Cesar Gonzalez 677
                         Esq. Ave. Jesús T. Piñero
                         San Juan P.R.

3. Jurisdiction: Federal court have Jurisdiction of claims of access to the court and Retaliation for complaining in state court under the First Amendment and then for that protective claim, in retaliation get Arrested, pushed, imprisonment for complaining about abusive conduct of marshall in state court, see attached complaint 11 - to 16.
See 24cv1067(RAM)

4. IN October 2022 approximately I file a complaint in a state court. Ernesto Ruiz Romero v. Oficina del Alguacil General de Puerto Rico ET ALS. PO2022CV03658

5. While I was filing the case the Secretary of Justice by the Tribunals of Puerto Rico put aware the marshalls of the Ponce Judicial Center of this (Aurelius) Secretary complaint.

6. Ernesto Ruiz attack the Behavior of Pedro ___ Lugo - marshall of Ponce Judicial Center. inter alia.
   A. He finger toward our face in front of a Judge.
   B. He shot 2 punches over our face.
   C. He Arrested us without probable cause. struckus etc.

7. After complaining about that on July 2023, He attack us, arrested us filed criminal charges in lieu of the complaints I made against him.

8. From the Judgment dated March 2023 to July 2023, I make a possible inference of Retaliation because I made a complaint in State Court against him.

9. Marshall Pedro ___ Lugo told the Judge that what He wants is to take us out of the Ponce Judicial Center. That He need to do this.

10. This claim is also Access to the Court, A Court of General Jurisdiction said in a judgment that He don't have Jurisdiction to hear a protective order in our benefit. This is a block and a violation of an Access to the Court Right.

11. Because the judge denies me Access to the court, the marshalls took advantage of that poor judgment. Access to the courts is Actionable in federal court.

we have 2 causes of Action

① Retaliation — I made a complaint under the First Amendment. that complaint was the bait for to marshall 503 to arrest us as her last method because the court do not want to put us a escort.

He Ernesto was frequently abused by court personell. In view of disregard of my rights the marshall take advantage and Abuses the legal process as he desires.

② Access to the court.
Court having Jurisdiction denies his Jurisdiction because the case involves a citizen that is abused in his own system.

12. I request the benefit of a lawyer on complaint is against the marshall. They Accused me of a felony, when the court record only talk about a misdemenor. They block me the constitutional right of entrance physically to a court room for 1¹⁸ years almost.

when I was trying to develop this cause of Action, I experienced Agony, demoralization, emotional pain, since they put me under bars for doing what the constitution grant to us. to Now I cannot recover mentally, until time relieves the pain.

Respectfully submitted, today July 3, 2024.

Ernesto Ring Reamunt
Lago Horizonte zafiro 5005
cto Laurel P.R. 00780.

Appendix
Judgment                              D —
Complaint in State court              I - H